

# United States District Court
# District of Montana

Chambers of
Brian Morris
United States District Judge

Missouri River Courthouse
125 Central Avenue West, Suite 301
Great Falls, Montana 59404
(406) 727-8877

November 15, 2016

Jane Elizabeth Surmi
5500 57th Avenue S.W.
Great Falls, MT 59404

In Re: MCV-16-05-GF-BMM

Dear Ms. Surmi:

Thank you for your response to my earlier Order of September 19, 2016. It is my view that jury service is a solemn responsibility of being a citizen of the United States, as well as a privilege. After reading your response, I am satisfied that your failure to appear for service in our court was not intentional.

Therefore, you are being maintained in our jury pool and subject to an additional month of on-call jury service. I trust if you are summoned in the future you will report as requested.

Sincerely,

Brian Morris
United States District Judge

BMM:sll
cc: Jury Administrator